IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
_____

MOHAMMAD RAFIQ,

                                                                                                ORDER

                           Plaintiff,

v.                                                                                    10-cv-752-wmc

WILSHIRE CREDIT CORP.,
BAC HOME LOANS, AMY KOLTZ,
and BANK OF AMERICA,

                           Defendant.
_____

      Plaintiff has requested leave to proceed *in forma pauperis* in this civil action for monetary relief, brought under 42 U.S.C. § 1983. From the affidavit of indigency accompanying plaintiff's proposed complaint, I cannot determine whether he qualifies for indigent status.

      To make this determination, I need to know plaintiff's actual gross monthly income for the past year. His affidavit of indigency information is contradictory concerning his monthly income. That is, plaintiff lists his monthly income as $24,000 from self-employment, but in the source of income section, he lists $0.00 to 3,000 a month from a partnership in the Mobile Gas Station at the corner of Hwy 100 and Oklahoma in West Allis, Wisconsin. To clear this up, plaintiff may have until December 21, 2010 to submit an amended affidavit of indigency that contains his actual gross monthly income from all sources for the last twelve months. I am enclosing a blank affidavit of indigency form to plaintiff with this order.

ORDER

IT IS ORDERED that a decision whether plaintiff Mohammad Rafiq may proceed *in forma pauperis* in this action is STAYED. Plaintiff may have until December 21, 2010, in which to amend his affidavit of indigency and return it to the court. If plaintiff fails to provide this requested financial information in a timely fashion, then the court will deny his request for leave to proceed *in forma pauperis* for failure to show that he is indigent.

Entered this 6th day of December, 2010.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge