IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MOHAMMAD RAFIQ,

    Plaintiff,

v.

WILSHIRE CREDIT CORP.,
BAC HOME LOANS, AMY KOLTZ
and BANK OF AMERICA,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-752-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice for plaintiff's failure to prosecute.

_____      _____
Peter Oppeneer, Clerk of Court                     4/22/11
                                                                          Date